November 26, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

TIM WILSON, SR., Appellant

NO. 14-13-00806-CV                     V.

JOHN F. NICHOLS, SR. AKA NICHOLS LAW FIRM, PLLC AND
MATTHEWS LAWSON, PLLC, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 9, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Tim Wilson, Sr.

We further order this decision certified below for observance.